**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 26-1158

JOHN RODGERS BURNLEY,

Plaintiff - Appellant,

v.

JEFFREY W. WALBURN; ALEXANDRA M. VALENTIN; MARGARET CUNNINGHAM, Detective, City of Richmond Police Department; DONALD DAVENPORT, Chief of Staff, City of Richmond Police Department; UNKNOWN NAMED UNDERCOVER POLICE OFFICERS, City of Richmond Police Department,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:25-cv-00210-DJN)

Submitted:  April 28, 2026                          Decided:  May 1, 2026

Before WILKINSON and GREGORY, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

John Rodgers Burnley, Appellant Pro Se. Julie Smith Palmer, HARMAN CLAYTOR CORRIGAN & WELLMAN, Glen Allen, Virginia; Shannan Marie Fitzgerald, OFFICE OF THE CITY ATTORNEY, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Rodgers Burnley appeals the district court's order dismissing his civil complaint as duplicative. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *Burnley v. Walburn*, No. 3:25-cv-00210-DJN (E.D. Va. Feb. 4, 2026). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*